HELEN KRISS, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted March 7, 1955; decided March 11, 1955.

*Harold M. Leeds* for plaintiff-appellant.

No one opposed.

Application granted and appeal dismissed, without costs.